**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>PATRICK ROCH<br><br>Debtor | Chapter 13<br><br>Case No. 18-13759-KHK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed November 20, 2018.  The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(3) – Good Faith and Violation of 11 U.S.C. §1325(b)(1)(B) – Disposable Income:**  Below median Debtor shows $813.23/mo. of Disposable Monthly Income on Schedule I/J, but has proposed a 1% Plan with payments of only $540.24/mo.

> **Violation of 11 U.S.C. §1325(a)(4) – Liquidation Test**. Debtor has undervalued his real estate at $360,000.00. Zillow values it at $397,281.00, making a 1% Plan inappropriate.

> **Violation of 11 U.S.C. §1325(a)(6)** – **Feasibility.** Plan does not provide for lease listed on recently filed Schedule G.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and

**Notice of Objection To Confirmation**
Patrick Roch, Case # 18-13759-KHK

supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 17, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _December 14, 2018_____          __/s/Thomas P. Gorman _____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         300 N. Washington Street, #400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of December, 2018 served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Patrick Roch | Ashvin Pandurangi |
| Chapter 13 Debtor | Attorney for Debtor |
| 102 Reflection Way | AP Law Group, PLC. |
| Sterling, VA 20164 | 7777 Leesburg Pike, Suite 402n |
| | Falls Church, VA 22043 |

                                         __/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman