# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

PATRICK ROCH

Debtor

Chapter 13

Case No. 18-13759-KHK

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtor has only made two of his four Plan payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

*Attend the hearing to be held on April 11, 2019 at 9:30 a.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria,*

**Notice and Motion to Dismiss**
Patrick Roch, Case #18-13759-KHK

*VA 22314.*  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste.400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _March 14, 2019_____                   __/s/ Thomas P. Gorman_____
                                             Thomas P. Gorman
                                             Chapter 13 Trustee
                                             300 N. Washington Street, #400
                                             Alexandria, VA 22314
                                             (703) 836-2226
                                             VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14h day of March, 2019, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Patrick Roch                          Ashvin Pandurangi
Chapter 13 Debtor                     Attorney for Debtor
102 Reflection Way                    Ap Law Group, PLC
Sterling, VA 20164                    211 Park Ave.
                                      Falls Church, VA 22046

                                      __/s/ Thomas P. Gorman_____
                                      Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/14/2019

CASE NO: 18-13759-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6142
ROCH, PATRICK
AKA:

DATE FILED: 11/06/2018
CONFIRMED:
LATEST 341: 12/04/2018
PERCENTAGE: 1.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 12/2018
ON SCHEDULE: 2,086.02
ACTUAL PAYMENTS: 1,235.58
AMOUNT BEHIND: 850.44

102 REFLECTION WAY
STERLING, VA 20164

ATTORNEY: ASHVIN PANDURANGI
AP LAW GROUP, PLC
211 PARK AVE.
FALLS CHURCH, VA 22046
Phone:571 969-6540 Fax: 571 699-0518

Needed to Complete Base:
BASE: 41,720.40
       40,484.82

SCHEDULE: 695.34 MONTHLY
TOTAL PAID: 1,235.58

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 02/19/19 | BILL PAYER | 695.34 |
| 12/07/18 | MO | 540.24 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 349550 | MB FINANCIAL BANK | FIX | SEC 100.00 | | 610.87 / 1,832.61 | 33,597.62 / 25,036.42 | 33,597.62 / 33,597.62 | 0.00 / 0.00 | 33,597.62 / 0.00 |
| 002 | 349209 | AFFIRM INC | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 957.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 003 | 349562 | ALLRED, BACON, HALFHILL & YOUNG, P | PRO | UNS 1.00 | | 0.00 / 0.00 | 25,683.22 / 25,000.00 | 25,683.22 / 256.83 | 0.00 / 0.00 | 256.83 / 0.00 |
| 004 | 348050 | AMERICAN EXPRESS NATIONAL BANK | PRO | UNS 1.00 | | 0.00 / 0.00 | 34,196.34 / 34,199.00 | 34,196.34 / 341.96 | 0.00 / 0.00 | 341.96 / 0.00 |
| 005 | 313858 | BANK OF AMERICA | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 2,000.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 006 | PORT | PORTFOLIO RECOVERY ASSOCIATES / BARCLAY CARD | PRO | UNS 1.00 | | 0.00 / 0.00 | 12,782.70 / 12,782.00 | 12,782.70 / 127.83 | 0.00 / 0.00 | 127.83 / 0.00 |
| 007 | 348897 | BARCLAY CARD | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 12,782.70 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 008 | 349502 | BMW FINANCIAL SERVICES NA, LLC. / LEASE- DEFICIENCY BALANCE | PRO | UNS 1.00 | | 0.00 / 0.00 | 8,065.24 / 8,065.00 | 8,065.24 / 80.65 | 0.00 / 0.00 | 80.65 / 0.00 |
| 008A | 347640 | BMW FINANCIAL SERVICES NA, LLC / LEASE DEFICIENCY | PRO | UNS 1.00 | | 0.00 / 0.00 | 137.76 / 0.00 | 137.76 / 1.38 | 0.00 / 0.00 | 1.38 / 0.00 |
| 009 | 321355 | CAPITAL ONE BANK USA NA | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 2,000.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 010 | 349280 | CHASE BANK | PRO | UNS 1.00 | | 0.00 / 0.00 | 14,141.46 / 14,141.00 | 14,141.46 / 141.41 | 0.00 / 0.00 | 141.41 / 0.00 |
| 011 | 349440 | MIRROR RIDGE HOA | PRO | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 1,685.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 012 | 346608 | VERIZON BY AMERICAN INFOSOURCE / UNLISTED | PRO-A | UNS 1.00 | | 0.00 / 0.00 | 172.10 / 0.00 | 172.10 / 1.72 | 0.00 / 0.00 | 1.72 / 0.00 |
| 013 | 331956 | GM FINANCIAL / AUTO LEASE - TO BE ASSUMED | PRO-I | UNS 1.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.              Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/14/2019

CASE NO: 18-13759-KHK
STATUS: BASE PLAN
DEBTOR: XXX-XX-6142
ROCH, PATRICK
SCHEDULE:     695.34 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | PANDU | ASHVIN PANDURANGI | PRO | ATY 100.00 | | 0.00 0.00 | 4,500.00 4,500.00 | 3,000.00 3,000.00 | 0.00 0.00 | 3,000.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 86.49 | 86.49 | |
| | | | | | TOTALS: | 610.87 1,832.61 | 133,276.44 143,148.12 | 131,862.93 37,635.89 | 86.49 0.00 | 37,549.40 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 4,500.00 | 0.00 | 25,036.42 | 113,611.70 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 3,000.00 | 0.00 | 33,597.62 | 951.78 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 3,000.00 | 0.00 | 33,597.62 | 951.78 | 0.00 | DUE CREDITORS: | 37,549.40 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,739.81 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 1,149.09 |
| BALANCE DUE: | 0.00 | 3,000.00 | 0.00 | 33,597.62 | 951.78 | 0.00 | APPROX BALANCE: | 39,140.12 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                           Case Maintenance 10.5